■ RICHARD W. MAYES et al., Appellants, v JEFF E. McDONALD et al., Defendants, and ASPEN SQUARE MANAGEMENT Co., INC., Respondent. [605 NYS2d 985] —Order unanimously affirmed without costs. Same Memorandum as in Austin v McDonald (198 AD2d 902 [decided herewith]). (Appeal from Order of Supreme Court, Niagara County, Rath, Jr., J.—Summary Judgment.) Present—Green, J. P., Balio, Fallon, Boomer and Davis, JJ.